**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOEL E., | ) Case No. CV 20-9750-JWH (JPR) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF U.S. |
| KILOLO KIJAKAZI, Acting | ) MAGISTRATE JUDGE |
| Commissioner of Social | ) |
| Security, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and records on file as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge. It is hereby **ORDERED** as follows:

1. Plaintiff's request for an order reversing the ALJ'S decision is **GRANTED**.

2. The Acting Commissioner's request for an order affirming her decision is **DENIED**.

3. Judgment shall be entered in Plaintiff's favor, reversing the final decision and remanding the matter for further proceedings consistent with the R. & R.

**IT IS SO ORDERED.**

DATED: April 29, 2022

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE