JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL ELLIS, | ) Case No. CV 20-9750-JWH (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff's request for an order remanding the case for further proceedings is **GRANTED.**

2. The Acting Commissioner's request for an order affirming her final decision is **DENIED.**

3. Judgment is entered in Plaintiff'S favor.

**IT IS SO ORDERED.**

DATED: April 29, 2022

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE