1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NOEL ELLIS, | CASE NO.  2:20-cv-9750 JWH-JPR |
| 12            Plaintiff, | |
| 13       v. | ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE |
| 14  KILOLO KIJAKAZI[1], Acting Commissioner of Social Security, | ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| 15 | |
| 16            Defendant | |

17
18
19
20
21
22
23
24

---

[1]   Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

    \_\_\_\_\_Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records, and proceedings in this matter, it is hereby **ORDERED** as follows:

    1.    The Stipulation is **APPROVED**.

    2.    Plaintiff is awarded attorney fees in the total amount of **$8,500** as authorized by 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

Dated:  August 2, 2022

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE